**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**MARIANNA FAMILY MEDICAL CLINIC and**
**DR. PHUONG LY**                                         **PLAINTIFFS**

**v.**                          **Case No. 2:14-cv-00083 KGB**

**SOUTHERN FARM BUREAU**
**CASUALTY INSURANCE COMPANY**                        **DEFENDANT**

## ORDER

Before the Court is a joint stipulation of dismissal with prejudice (Dkt. No. 13).  The parties inform the Court that this matter has been resolved through mutual settlement and ask that it hereby be dismissed with prejudice.  The Court dismisses with prejudice this action.  It is removed from the trial calendar for the week of March 21, 2016.

So ordered this 12th day of February, 2016.

_____
Kristine G. Baker
United States District Judge